

Jessie Rodriguez
Chief of Police

Danny Garrett
Assistant Chief of Police

## Carlsbad Police Department
602 West Mermod Street
Carlsbad, New Mexico 88220
Main: 575-885-2111
Fax: 575-885-2122

Dispatch Supervisor Gina Styring
Carlsbad Police Department
602 W. Mermod Street
Carlsbad, NM 88220

Re:  Recommendation for Disciplinary Action: *Discharge*

Dispatch Supervisor Styring,

On February 28, 2025, I, Chief Jessie Rodriguez, reviewed Administrative Investigation Report No. 25 IA-001. This investigation focused on allegations of misconduct involving you and Officer Omar Lopez. The evidence confirms multiple violations of Carlsbad Police Department policy. My review verified that the investigation adhered to department policies, procedural justice principles, and the collective bargaining agreement. Based on these findings, I recommend your discharge from employment with the Carlsbad Police Department.

As a public employee, especially one with supervisory responsibilities, you are expected to uphold the highest standards of integrity, accountability, and cooperation in investigative processes. Your refusal to take a polygraph test significantly impacted both the investigation and the perception of your integrity. Investigations rely on transparency and the willingness of all involved parties to provide information that ensures a thorough and accurate determination of facts. By refusing to participate in the polygraph examination, you hindered the investigators' ability to verify statements, resolve inconsistencies, and address concerns regarding your involvement or knowledge of the matter under review.

Beyond the practical impact on the investigation, your refusal raises serious questions about your integrity and commitment to ethical public service. Public employees are entrusted with maintaining public confidence and upholding the highest standards of accountability. A failure to fully cooperate creates doubt about credibility, suggests a lack of truthfulness, and potentially erodes trust within the agency and the community you serve. While polygraph results are not always definitive, your refusal to take the test is perceived as evasive behavior, undermining confidence in your honesty and dedication to the public interest.

The investigation revealed several policy violations. You failed to cooperate with the Professional Standards Division by refusing to submit to a polygraph examination, despite clear directives and advisements of the consequences. Department policy permits the Chief of Police to order a polygraph examination under extraordinary circumstances or when an employee's integrity is in question. Your refusal to comply with this directive constituted a direct violation of policy.



Jessie Rodriguez
Chief of Police

Danny Garrett
Assistant Chief of Police

**Carlsbad Police Department**
602 West Mermod Street
Carlsbad, New Mexico 88220
Main: 575-885-2111
Fax: 575-885-2122

---

Moreover, there were violations of policies concerning professional conduct. Witness statements indicated inappropriate interactions between you and Officer Lopez within the police department, specifically in the second-floor bathroom. Multiple employees provided statements confirming knowledge of the alleged relationship and reports of inappropriate conduct within the department. Officer Lopez admitted to several witnesses that the rumors were true and confirmed engaging in inappropriate conduct with you.

Furthermore, you engaged in inappropriate conversations with Officer Lopez via Snapchat, sent sexual images, and made suggestive comments about him while on duty. Your vehicle was also seen in the department's parking lot for extended hours while you were off duty. Although you denied any on-duty misconduct beyond conversations, the evidence suggests that you may be minimizing your involvement. Your refusal to take a polygraph examination further raises concerns about your truthfulness. Despite multiple advisements and an approved order by me, you refused to take the polygraph, directly violating policy and obstructing the investigation.

Your role as a supervisor demands a commitment to integrity and transparency. A refusal to comply with an investigation, particularly one concerning serious allegations, not only impairs the investigative process but also casts doubt on your credibility and commitment to public service. The weight of the witness testimony, corroborated admissions by Officer Lopez, and your refusal to comply with investigative procedures confirm the allegations against you. Your actions have brought discredit to the department and compromised its integrity.

Given the severity of these sustained violations coupled with your refusal to cooperate with this investigation, I formally recommend your immediate *discharge* from the Carlsbad Police Department.

You are entitled to a predetermination hearing before the City Administrator before any actions are taken. If you have any questions, please feel free to contact me.

Respectfully,

Jessie Rodriguez A110
Chief of Police