**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

GINA STYRING,

    Plaintiff,

v.                                                                Civ. No. 25-400 GJF/DLM

CITY OF CARLSBAD,

    Defendant.

**ORDER DISMISSING PUNITIVE DAMAGES CLAIMS**

THIS MATTER is before the Court on Defendant City of Carlsbad's Motion for Partial Summary Judgment on Punitive Damages, which seeks summary judgment in the City's favor on Plaintiff's claims for punitive damages related to her Title VII, New Mexico Human Rights Act, New Mexico Whistleblower Protection Act, and Equal Protection Clause claims. Dkt. No. 77. In response, Plaintiff filed a Notice of Non-Opposition. Dkt. No. 91. The Court finds the City's Motion to be both unopposed and well-taken.

**IT IS THEREFORE ORDERED** that Defendant City of Carlsbad's Motion for Partial Summary Judgment on Punitive Damages (Dkt. No. 77) is **GRANTED,** and Plaintiff's punitive damages claims (*see* Dkt. No. 1, Ex. A ¶¶ 65, 75, 90, 99) are **DISMISSED**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*